IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LOUIS BOROWICZ, Personal Representative of the ESTATE OF JACQUELINE SOWERS, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>MYLAN INC., MYLAN PHARMACEUTICALS INC., MYLAN TECHNOLOGIES INC., ALZA CORPORATION, ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. and SANDOZ INC.,<br><br>Defendants. | CASE NO. 2:10-cv-01101<br><br>DISTRICT JUDGE: MICHAEL H. WATSON<br>MAGISTRATE JUDGE: NORAH MCCANN KING |

**ORDER OF DISMISSAL**

AND NOW, this 20th day of April, 2012, pursuant to the stipulation of the parties, it is hereby ORDERED, ADJUDGED and DECREED that all claims which were or could have been asserted against Defendants ALZA Corporation, Janssen Pharmaceuticals, Inc. (f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.) and Sandoz Inc. are dismissed with prejudice, with each party to bear its own costs.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE

N M King, v jm